**AFFIDAVIT OF SERVICE**

Index # 20-CV-04884
Date Filed: July 6, 2020
AOS Filed:
Court Date: March 24, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATTORNEY(S): BROMBERG LAW OFFICE, P.C. BRIAN L. BROMBERG, ESQ.
ADDRESS: 26 BROADWAY, 27TH FLOOR NEW YORK, NY 10004 PH:212-248-7906
File No.:

*JORDY PERALTA,*

*Plaintiff*

*vs*

*THE CITY OF NEW YORK, et al.,*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

Gilbert Rivera, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On August 4, 2020 at 10:50 AM at New York Police Department, 52nd Precinct - 3016 Webster Avenue, Bronx, NY 10467, deponent served the within **Summons in A Civil Action, Civil Cover Sheet, Complaint and Jury Demand and So Ordered Notice of Initial Pretrial Conference**

with Index Number 20-CV-04884, and Date Filed July 6, 2020 endorsed thereon,
on: **POLICE OFFICER BRANDON GEMBECKI**, **Defendant** therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY ☐ By delivering to and leaving with who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON ☒ By delivering a true copy of each to **Police Officer Smith - Co-Worker** a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

☐ Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called threat on

#5 MAIL COPY ☒ On August 7, 2020, deponent completed service under the last two sections by depositing a copy of the ABOVE DOCUMENTS to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**Attempts**

#7 DESCRIPTION ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Male  Color of skin White  Color of hair Brown  Age 21 - 35 Yrs.  Height Over 6ft  Weight Over 200 Lbs.  Other Features:

#8 WIT. FEES ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC ☒ Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER ☐

Sworn to before me on this 7th day of August, 2020



STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2024

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2024

Gilbert Rivera
Server's Lic #1278091
Work Order # 1124493

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382

NYC DCA LIC. # 1381942