# AFFIDAVIT OF SERVICE

Index #: 20-CV-04884
Date Filed: July 6, 2020
AOS Filed:
Court Date: March 24, 2021
File No.:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ATTORNEY(S): BROMBERG LAW OFFICE, P.C. BRIAN L. BROMBERG, ESQ.
ADDRESS: 26 BROADWAY, 27TH FLOOR NEW YORK, NY 10004 PH:212-248-7906

*JORDY PERALTA,*

*Plaintiff*

*vs*

*THE CITY OF NEW YORK, et al.,*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

__Majd Hussein__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __August 4, 2020__ at __12:20 PM__ at __100 CHURCH STREET, NEW YORK, NY 10007__, deponent served the within **Summons in A Civil Action, Civil Cover Sheet, Complaint and Jury Demand and So Ordered Notice of Initial Pretrial Conference**

with Index Number __20-CV-04884__, and Date Filed __July 6, 2020__ endorsed thereon,
on: **THE CITY OF NEW YORK c/o CORPORATION COUNSEL OF THE CITY OF NEW YORK**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [X] By delivering to and leaving with **Lemar Reid - Docketing Clerk** who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called threat on

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**Attempts**

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex __Male__ Color of skin __Black__ Color of hair __Black__ Age __21 - 35 Yrs.__ Height __5ft9in - 6ft0in__ Weight __161-200 Lbs.__ Other Features: _____

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this __6th__ day of August, 2020



STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2024

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2024

Majd Hussein
Server's Lic #2090551
Work Order # 1124492

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382*

NYC DCA LIC. # 1381942