AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | | |
|---|---|---|
| <u>Jordy Peralta</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   20-CV-4884 (JMF) |
| <u>City of New York et al</u> | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>Jordy Peralta</u>

Date:   <u>08/11/2020</u>

<u>                    /s/                    </u>
*Attorney's signature*

<u>Jonathan Fink 2520013</u>
*Printed name and bar number*
299 Broadway, Suite 1803
New York, NY  10007

<u>                                        </u>
*Address*

<u>Jfink@finkkatz.com</u>
*E-mail address*

<u>(516) 770-7051</u>
*Telephone number*

<u>(212) 689-1710</u>
*FAX number*