# AFFIDAVIT OF SERVICE

Index #: 20-CV-04884
Date Filed: June 26, 2020
AOS Filed:
Court Date: March 24, 2021
File No.:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ATTORNEY(S): BROMBERG LAW OFFICE, P.C. BRIAN L. BROMBERG, ESQ.
ADDRESS: 26 BROADWAY, 27TH FLOOR NEW YORK, NY 10004 PH:212-248-7906

*JORDY PERALTA,*

*Plaintiff*

*vs*

*THE CITY OF NEW YORK, et al.,*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

YOLER JEAN-BAPTISTE, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On September 1, 2020 at 1:38 PM at New York Police Department - One Police Plaza, New York, NY 10038, deponent served the within **Summons in A Civil Action, Complaint and Jury Demand, Civil Cover Sheet and So Ordered Notice of Initial Pretrial Conference**

with Index Number 20-CV-04884, and Date Filed June 26, 2020 endorsed thereon,
on: **POLICE OFFICER BRANDON GEMBECKI c/o NARCOTICS BUREAU MANHATTAN NORTH**, **Defendant** therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY ☐ By delivering to and leaving with _____ who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON ☒ By delivering a true copy of each to **Ms. Chinnock - Police Officer** a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

☐ Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called threat on

#5 MAIL COPY ☒ On September 3, 2020, deponent completed service under the last two sections by depositing a copy of the ABOVE DOCUMENTS to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**Attempts**

#7 DESCRIPTION ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Female Color of skin Black Color of hair Black Age 21 - 35 Yrs. Height 5ft4in - 5ft8in Weight 131-160 Lbs. Other Features:

#8 WIT. FEES ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC ☒ Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER ☐

Sworn to before me on this 3rd day of September, 2020

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2024

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2024

YOLER JEAN-BAPTISTE
Server's Lic #1139306
Work Order # 1124838

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382*    NYC DCA LIC. # 1381942