UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Jordy Peralta,

                 Plaintiff,

      -against-

City of New York, et al.,

                 Defendant.

Case No. 20-CV-4884(JMF)

---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending           [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Brian Lewis Bromberg
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is  2441947 _____

I am,

[✓]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_Bromberg Law Office, P.C._____
                      FIRM ADDRESS:_26 Broadway, 27th Floor, New York, NY 10004_____
                      FIRM TELEPHONE NUMBER:_(212) 248-7906_____
                      FIRM FAX NUMBER:_(212) 248-7908_____

NEW FIRM:    FIRM NAME:_Bromberg Law Office, P.C._____
                      FIRM ADDRESS:_352 Rutland Road #1, Brooklyn, NY 11223_____
                      FIRM TELEPHONE NUMBER:_(212) 248-7906_____
                      FIRM FAX NUMBER:_(212) 248-7908_____

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
       was entered on _____ by Judge_____.

Dated: 11/20/2020                /s/ Brian Lewis Bromberg_____
                                    ATTORNEY'S SIGNATURE