# B‌ROMBERG L‌AW O‌FFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)     352 Rutland Road, #1
Joshua Tarrant-Windt, Associate (Admitted in NY)     Brooklyn, NY 11225
    Phone: (212) 248-7906
    Fax:    (212) 248-7908

November 23, 2020

<u>Via ECF</u>
Honorable John P. Cronan, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020
```

Re:    <u>Peralta v. City of New York, et al.</u> SDNY Case No. 20-CV-4884 (JPC)

Dear Judge Cronan:

My office represents the plaintiff, Jordy Peralta, in the above-referenced case. I am writing to request a 60-day extension of time to serve defendants John Does 1-3. The current deadline to serve the Complaint is November 23, 2020. The new deadline would be January 22, 2020. This is Plaintiff's second request for an extension of time.

Additional time is needed to identify the John Doe defendants. The John Does are all police officers employed by the City of New York who participated in unlawful conduct against Plaintiff. Their identity is within the possession, custody, and control of the City of New York. Counsel for the City of New York has informed us that she does not yet have information about the identity of the John Does but will provide us with that information when she does.

An extension of time will allow the City of New York to provide that information and resolve service without the need for judicial intervention. The served Defendants have not yet filed an Answer to the Complaint and this extension should not cause any delays in this case.

Respectfully,

/s/ Joshua Tarrant-Windt

Joshua Tarrant-Windt

cc:    All Counsel of Record (Via ECF)

It is hereby ORDERED that Plaintiff shall have until January 22, 2021 to identify and serve the John Doe Defendants.

SO ORDERED.

Date:    December 2, 2020
           New York, New York

_____
JOHN P. CRONAN
United States District Judge