# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)
Joshua Tarrant-Windt, Associate (Admitted in NY)

352 Rutland Road, #1
Brooklyn, NY 11225
Phone: (212) 248-7906
Fax:    (212) 248-7908

January 19, 2021

<u>Via ECF</u>
Honorable John P. Cronan, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Peralta v. City of New York, et al.* SDNY Case No. 20-CV-4884 (JPC)

Dear Judge Cronan:

My office represents the plaintiff, Jordy Peralta, in the above-referenced case. I am writing to request a 60-day extension of time to serve defendants John Does 1-3. The current deadline to serve the Complaint is January 22, 2021. The new deadline would be March 23, 2021. This is Plaintiff's third request for an extension of time.

Additional time is needed to identify the John Doe defendants. The John Does are all police officers employed by the City of New York who participated in unlawful conduct against Plaintiff. Their identity is within the possession, custody, and control of the City of New York. Counsel for the City of New York has informed us that she does not yet have information about the identity of the John Does but will provide us with that information when she does.

An extension of time will allow the City of New York to provide that information and resolve service without the need for judicial intervention. The proposed deadline is prior to the currently scheduled initial scheduling conference and this extension should not cause any delays.

Respectfully,

/s/ Joshua Tarrant-Windt

Joshua Tarrant-Windt

cc:    All Counsel of Record (Via ECF)

It is hereby ORDERED that Plaintiff's request is GRANTED. Plaintiff shall have until March 23, 2021 to serve Defendants John Does 1-3.

SO ORDERED.

Date:    January 19, 2021
         New York, New York

JOHN P. CRONAN
United States District Judge