

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **STEPHANIE M. VILELLA ALONSO**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2318<br>Fax: (212) 356-3559<br>svilella@law.nyc.gov |

March 24, 2021

**VIA ECF**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>Jordy Peralta v. City of New York, et al.</u>, 20-CV-4884 (JPC)

Your Honor:

   The parties write respectfully to inform the Court that the parties have reached a settlement agreement in the above-referenced matter. The parties are in the process of exchanging and reviewing settlement paperwork, including a Stipulation and Order of Dismissal. This will be submitted to the Court as soon as it is executed with the settlement paperwork. The parties respectfully request that all deadlines, including the Initial Conference, presently scheduled for today at 3:00 p.m., be adjourned *sine die*.

   The parties thank the Court for its attention to this matter.

                  Respectfully submitted,

                     /s/
                 Stephanie Michelle Vilella Alonso
                  *Assistant Corporation Counsel*
                 Special Federal Litigation Division

                     /s/
           Brian Bromberg, Jonathan Fink, and Joshua Tarrant-Windt
                     *Attorneys for Plaintiff*