UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| JORDY PERALTA, | | **STIPULATION AND** |
| | Plaintiff, | **ORDER OF DISMISSAL** |
| -against- | | |
| | | 20-CV-4884 (JPC) |
| CITY OF NEW YORK, ET AL., | | |
| | Defendants. | |

------------------------------------------------------------------x

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that he above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York

_____, 2021

| | |
|---|---|
| BROMBERG LAW OFFICE, P.C. | JAMES E. JOHNSON |
| *Attorneys for Plaintiff* | Corporation Counsel of the |
| 352 Rutland Road #1 | City of New York |
| Brooklyn, NY 11225 | *Attorney for Defendants* |
| | 100 Church Street, 3rd Floor |
| | New York, New York 10007 |
| 4/21/2021 | |
| By: _____ | By: _____ |
| Brian Bromberg | Stephanie Michelle Vilella Alonso |
| *Attorney for Plaintiff* | *Assistant Corporation Counsel* |

4/21/2021

By: _____
Joshua Tarrant-Windt
*Attorney for Plaintiff*

FINK & KATZ, PLLC
*Attorneys for plaintiff*
299 Broadway, Suite 1803
New York, NY 10007

By: _____ 4/22/21
Jonathan Fink
*Attorney for Plaintiff*

SO ORDERED:

_____
HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021

In light of the parties' stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, the Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Date:   April 22, 2021
        New York, New York   _____
                             JOHN P. CRONAN
                             United States District Judge